```
___FILED      ___ENTERED
___LODGED     ___RECEIVED

      SEP - 9 2013
         AT SEATTLE
   CLERK U.S. DISTRICT COURT
 WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROSA ISELA GRANADOS CASTRO,<br><br>Petitioner,<br><br>v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>Respondent. | CASE NO. C13-0581-JLR<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 5, respondent's Return Memorandum and Motion to Dismiss, Dkt. No. 11, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

1. The Court adopts the Report and Recommendation;

2. Petitioner's petition for writ of habeas corpus, Dkt. No. 5, is DENIED, respondent's Return Memorandum and Motion to Dismiss, Dkt. No. 11, is GRANTED, and this matter is DISMISSED with prejudice; and

//

ORDER OF DISMISSAL
PAGE -1

13-CV-00581-ORD

3. The Clerk shall send a copy of this Order to the parties and to the Honorable Mary Alice Theiler.

DATED this 9th day of Sept., 2013.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2