```
___FILED    ___ENTERED
___LODGED   ___RECEIVED

     SEP - 9 2013
          AT SEATTLE
     CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROSA ISELA GRANADOS CASTRO,           )
                                      )   CASE NO. C13-0581-JLR
              Petitioner,             )
                                      )
       v.                             )   ORDER OF DISMISSAL
                                      )
ICE FIELD OFFICE DIRECTOR,            )
                                      )
              Respondent.             )
_____ )

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 5, respondent's Return Memorandum and Motion to Dismiss, Dkt. No. 11, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, and the remaining record, finds and Orders as follows:

   1.  The Court adopts the Report and Recommendation;

   2.  Petitioner's petition for writ of habeas corpus, Dkt. No. 5, is DENIED, respondent's Return Memorandum and Motion to Dismiss, Dkt. No. 11, is GRANTED, and this matter is DISMISSED with prejudice; and

//

13-CV-00581-ORD

ORDER OF DISMISSAL
PAGE -1

3. The Clerk shall send a copy of this Order to the parties and to the Honorable Mary Alice Theiler.

DATED this 9th day of Sept., 2013.

_____
JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2